Order Form (01/2005)

# United States District Court, Northern District of Illinois

M HN

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 401 - 21 | **DATE** | 5/28/2008 |
| **CASE TITLE** | USA vs. Romell Hollingsworth | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held on 5/28/2008. Defendant appears in response to arrest on 5/28/2008. Defendant informed of his rights. Michael Clancy files his appearance as retained counsel for defendant. Government seeks detention. Detention hearing set for 6/2/2008 at 10:30 a.m. Defendant to remain in custody pending further court proceedings.

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | IS |
|---|---|---|