IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. **08 CR 401** |
| | ) | |
| **ROMELL HOLLINSWORTH**, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR APPOINTMENT OF ATTORNEY

Now comes Attorney Michael F. Clancy Attorney for your Defendant, Romell Hollinsworth and in support of his Motion states;

1. Michael F. Clancy was retained by the Defendant for purposes of his detention hearing.

2. That Michael F. Clancy is a member of the Federal Defender Panel.

3. That Romell Hollinsworth is unable to further afford a retained attorney. (see attached affidavit)

WHEREFORE, Michael F. Clancy requests this Honorable Court appoint him to represent the Defendant.

Respectfully submitted,
/s/ Michael F. Clancy
Michael F. Clancy