IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | No.   08 CR 401 |
| Vs. | ) | |
| | ) | |
| ROMELL HOLLINSWORTH, | ) | Magistrate Judge Ashman |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To:  U.A.S.A.
     Sharon Farley
     219 S. Dearborn Street
     Suite 500
     Chicago, IL 60604

PLEASE TAKE NOTICE that on July 15, 2008 at 11:00 a.m., or as soon thereafter as counsel can be heard, I shall appear before the Honorable Magistrate Judge Ashman, of the United State District Court for the Northern District of Illinois, Eastern Division, located on 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present our Motion For Appointment Of Attorney.

**CERTIFICATE OF SERVICE**

I, **Michael F. Clancy**, an attorney, certify under penalties of perjury as approved by law pursuant to Ill.Rev.Stat.Ch.110, par.1-109, that on 1/4/08 I served the above and foregoing Motions, on the persons shown above at the address shown therein via hand delivery.

Respectfully submitted,

/s/ Michael F. Clancy
**Attorney For Romell Hollinsworth**

Michael F. Clancy
53 W. Jackson Blvd
Suite 1401
Chicago, IL 60604
(312) 697-0050