## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 401 - 21 | **DATE** | 7/15/2008 |
| **CASE TITLE** | USA vs. Romell Holllingsworth | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 7/15/2008. Attorney Michael F. Clancy's motion for appointment of attorney [211] is granted. Michael F. Clancy is appointed as counsel for defendant.

Docketing to mail notices.

00:01 oah

FILED
2008 JUL 16 PM 4:31
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | IS |
|---|---|---|