**IN THE UNITED STATES
DISTRICT COURT FOR THE NORTHERN
DISTRICT OF ILLINOIS – EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** , ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | No. 08 CR 401 |
| ) | |
| ) | |
| **ROMELL HOLLINSWORTH**, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO EXPAND CONDITIONS OF PRE-TRIAL RELEASE AND OTHER RELIEFE**

    Now comes your Defendant Romell Hollinsworth, by and through his attorney, Michael F. Clancy and in support of his motion states;

1. That on June 2, 2008 the Defendant was granted Pre-trial release under several conditions including home detention.

2. The Defendant has been in complete compliance with all Conditions of Pre-trial release since June 2, 2008.

3. Home detention is not necessary to assure the Defendant's appearance in Court or protect society.

    Wherefore, your Defendant respectfully requests this Honorable Court Expand the Defendant's Condition of Pre-trial Release and remove home detention.

    Respectfully submitted,

    /s/ Michael F. Clancy
    Attorney for Romell Hollinsworth

Michael F. Clancy
53 W. Jackson Blvd.
Suite 1401
(312) 427-0288
Attorney No. 36092