IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No.    08 CR 401 |
| Vs. ) | |
| ) | |
| ROMELL HOLLINSWORTH, ) | Judge Ashman |
| ) | |
| Defendants. ) | |

NOTICE OF MOTION

To:   U.A.S.A.
      Sharon Farley
      219 S. Dearborn Street
      5th Floor
      Chicago, IL 60604

    PLEASE TAKE NOTICE that on September 9, 2008 at 10:30 a.m., or as soon thereafter as counsel can be heard, I shall appear before the Honorable Judge Ashman, of the United State District Court for the Northern District of Illinois, Eastern Division, located on 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present our Motion to Expand Conditions of Pre-trial Release and Other Relief.


Michael F. Clancy
53 W. Jackson Blvd
Suite 1401
Chicago, IL 60604
(312) 427-0288